**Yaquelina Janneth MACHADO–TORREZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–74330.

United States Court of Appeals, Ninth Circuit.

Submitted April 20, 2011.*

Filed May 3, 2011.

Rosaura Del Carmen Rodriguez, Rios Cantor, P.S., Seattle, WA, for Petitioner.

Donald Anthony Couvillon, Esquire, OIL, U.S. Department of Justice, Washington, DC, District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Seattle, WA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Yaquelina Janneth Machado–Torrez, a native and citizen of Honduras, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision denying her application for withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Zehatye v. Gonzales,* 453 F.3d 1182,

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1184–85 (9th Cir.2006), and we deny the petition for review.

Substantial evidence supports the agency's determination that, even if Machado–Torrez's testimony were credible and she established past persecution, the government established by a preponderance of evidence that Machado–Torrez could reasonably relocate within Honduras. *See* 8 C.F.R. § 1208.16(b)(1)(i)(B), (b)(1)(ii); *see also Knezevic v. Ashcroft,* 367 F.3d 1206, 1214–15 (9th Cir.2004) (presumption of future persecution can be rebutted by showing that under all the circumstances the applicant could reasonably be expected to relocate). Accordingly, Machado–Torrez's withholding of removal claim fails.

**PETITION FOR REVIEW DENIED.**